"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA NESBITT,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>A. FAKHOURY, Warden,<br><br>　　　　　Respondent. | Case No. SACV 10-705-PSG (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; and (2) Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: 11/2/10

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE