JS-6 / ENTERED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA NESBITT,<br><br>         Petitioner,<br><br>vs.<br><br>A. FAKHOURY, Warden,<br><br>         Respondent. | Case No. SACV 10-705-PSG (RNB)<br><br>**J U D G M E N T** |

      Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 11/2/10

                                  PHILIP S. GUTIERREZ
                                  UNITED STATES DISTRICT JUDGE